**DebtEd, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
## Bankruptcy Petition #: 17-25141
### Internal Use Only

|  |  |
|---|---|
| *Assigned to:* Honorable Judge Jacqueline P. Cox | *Date filed:* 08/22/2017 |
| Chapter 13 | *Plan confirmed:* 10/16/2017 |
| Voluntary | *341 meeting:* 10/03/2017 |
| Asset | *Deadline for filing claims:* 12/18/2017 |
|  | *Deadline for filing claims (govt.):* 02/20/2018 |

*Debtor 1*  
**Jason Scott Howard**  
650 N Lamon  
Chicago, IL 60644  
COOK-IL  
SSN / ITIN: 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  

represented by **John A Haderlein**  
815-C Country Club Drive  
Libertyville, IL 60048  
312 316-4614  
Fax : 224 433-6466  
Email: schmada@yahoo.com  

*Trustee*  
**Tom Vaughn**  
55 E. Monroe Street, Suite 3850  
Chicago, IL 60603  
312 294-5900  

*U.S. Trustee*  
**Patrick S Layng**  
Office of the U.S. Trustee, Region 11  
219 S Dearborn St  
Room 873  
Chicago, IL 60604  
312-886-5785  

| Filing Date | # | Docket Text |
|---|---|---|
| 08/22/2017 | 1 | Chapter 13 Voluntary Petition for an Individual Fee Amount $0, Filed by John A Haderlein on behalf of Jason Scott Howard Government Proof of Claim due by 02/20/2018.Chapter 13 Plan due by 09/5/2017. (Haderlein, John) (Entered: 08/22/2017) |
|  | 2 | Meeting of Creditors with 341(a) meeting to be held on 09/18/2017 at 03:00 PM at 55 East Monroe Street, Suite 3850, Chicago, Illinois 60603. Confirmation hearing to be held on 10/16/2017 at 10:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Proof of Claim due by 12/18/2017. Objection to Dischargeability due by 11/17/2017. |

| | | |
|---|---|---|
| 08/22/2017 | | (Haderlein, John) (Entered: 08/22/2017) |
| 08/22/2017 | 3 | Statement of Financial Affairs for Individual Filed by John A Haderlein on behalf of Jason Scott Howard. (Haderlein, John) (Entered: 08/22/2017) |
| 08/22/2017 | 4 | Disclosure of Compensation of Attorney for Debtor Filed by John A Haderlein on behalf of Jason Scott Howard. (Haderlein, John) (Entered: 08/22/2017) |
| 08/22/2017 | 5 | Notice CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER§ 342(b) OF THE BANKRUPTCY CODE Filed by John A Haderlein on behalf of Jason Scott Howard (RE: 1 Voluntary Petition (Chapter 13)). (Haderlein, John) (Entered: 08/22/2017) |
| 08/22/2017 | 6 | Statement About Your Social Security Numbers Filed by John A Haderlein on behalf of Jason Scott Howard. (Haderlein, John) (Entered: 08/22/2017) |
| 08/22/2017 | 7 | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years (Form 122C-1) Disposable Income Is Not Determined Filed by John A Haderlein on behalf of Jason Scott Howard. (Haderlein, John) (Entered: 08/22/2017) |
| 08/22/2017 | 8 | Certificate of Credit Counseling Filed by John A Haderlein on behalf of Jason Scott Howard. (Haderlein, John) (Entered: 08/22/2017) |
| 08/22/2017 | 9 | Chapter 13 Plan Filed by John A Haderlein on behalf of Jason Scott Howard (RE: 1 Voluntary Petition (Chapter 13)). (Haderlein, John) (Entered: 08/22/2017) |
| 08/22/2017 | 10 | Application to Pay Filing Fees in Installments Filed by John A Haderlein on behalf of Jason Scott Howard. Final Installment Payment due by 12/20/2017. (Attachments: # 1 Proposed Order) (Haderlein, John) (Entered: 08/22/2017) |
| 08/22/2017 | 11 | Notice of Motion and Application for Compensation for John A Haderlein, Debtor's Attorney, Fee: $4,000.00, Expenses: $0.00. Filed by John A Haderlein. Hearing scheduled for 10/16/2017 at 10:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 EXECUTED CARA AGREEMENT # 2 Proposed Order) (Haderlein, John) (Entered: 08/22/2017) |

| | | |
|---|---|---|
| 08/22/2017 | 12 | Notice of Motion and Motion to Impose Automatic Stay Filed by John A Haderlein on behalf of Jason Scott Howard. Hearing scheduled for 9/11/2017 at 09:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Haderlein, John) (Entered: 08/22/2017) |
| 08/23/2017 | 13 | Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient: Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition. Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re-file as Amended. (RE: 1 Voluntary Petition (Chapter 13)). (Molina, Nilsa) (Entered: 08/23/2017) |
| 08/23/2017 | 14 | Notice of Chapter 13 Bankruptcy Case . (Molina, Nilsa) (Entered: 08/23/2017) |
| 08/23/2017 | 15 | Attachment(s) Signature Page Related to Voluntary Petition Filed by John A Haderlein on behalf of Jason Scott Howard (RE: 1 Voluntary Petition (Chapter 13)). (Haderlein, John) (Entered: 08/23/2017) |
| 08/23/2017 | 16 | Declaration About Individual Debtor's Schedules Filed by John A Haderlein on behalf of Jason Scott Howard (RE: 1 Voluntary Petition (Chapter 13), 3 Statement of Financial Affairs, 6 Statement About Social Security Numbers, 7 Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1), 8 Certificate of Credit Counseling). (Haderlein, John) (Entered: 08/23/2017) |
| 08/23/2017 | 17 | Declaration About Individual Debtor's Schedules Filed by John A Haderlein on behalf of Jason Scott Howard (RE: 1 Voluntary Petition (Chapter 13), 3 Statement of Financial Affairs, 6 Statement About Social Security Numbers, 7 Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1), 8 Certificate of Credit Counseling). (Haderlein, John) (Entered: 08/23/2017) |
| 08/23/2017 | 18 | BNC Certificate of Notice - Meeting of Creditors. (RE: 14 Notice of Chapter 13 Bankruptcy Case). No. of Notices: 5. Notice Date 08/25/2017. (Admin.) (Entered: 08/25/2017) |
| 08/23/2017 | 19 | BNC Certificate of Notice - Notice of Deficiency Filing (RE: 13 Notice of Deficiency Chapter 13). No. of Notices: 1. Notice Date 08/25/2017. (Admin.) (Entered: 08/25/2017) |
| | 20 | BNC Certificate of Notice - PDF Document. (RE: 9 Chapter 13 |

| | | |
|---|---|---|
| 08/23/2017 | | Plan/Modified Plan). No. of Notices: 5. Notice Date 08/25/2017. (Admin.) (Entered: 08/25/2017) |
| 09/05/2017 | 21 | Order Granting Application To Pay Filing Fees In Installments (Related Doc # 10). Final Installment Payment due by 10/26/2017. Signed on 9/5/2017. (Mendoza, Catherine) (Entered: 09/06/2017) |
| 09/06/2017 | 22 | BNC Certificate of Notice. (RE: 21 Order on Motion to Pay Filing Fees in Installments). No. of Notices: 2. Notice Date 09/08/2017. (Admin.) (Entered: 09/08/2017) |
| 09/11/2017 | 23 | (E)Hearing Continued (RE: 12 Impose Automatic Stay). hearing scheduled for 10/16/2017 at 10:30 AM at Courtroom 680 219 South Dearborn, Chicago, IL, 60604.. Signed on 09/11/2017. (Green, Josephine) (Entered: 09/11/2017) |
| 09/11/2017 | 24 | Order Granting Motion To Impose Automatic Stay up to 10/16/17 at 10:30 AM (Related Doc # 12). Signed on 9/11/2017. (Mendoza, Catherine) (Entered: 09/13/2017) |
| 09/19/2017 | 25 | Statement Adjourning Meeting of Creditors. Section 341(a) Meeting Continued on 10/3/2017 at 01:00 PM at 55 East Monroe Street, Suite 3850, Chicago, Illinois 60603. (Vaughn, Tom) (Entered: 09/19/2017) |
| 10/04/2017 | 26 | Meeting of Creditors Held (Vaughn, Tom) (Entered: 10/04/2017) |
| 10/04/2017 | 27 | Receipt of Chapter 13 Installment Payment - $80.00 by MU. Receipt Number 3228666. Payment received from John A Haderlein. (register) (Entered: 10/05/2017) |
| 10/06/2017 | 28 | Modified Chapter 13 Plan Filed by John A Haderlein on behalf of Jason Scott Howard. (Haderlein, John) (Entered: 10/06/2017) |
| 10/10/2017 | 29 | BNC Certificate of Notice - PDF Document. (RE: 28 Chapter 13 Plan/Modified Plan). No. of Notices: 5. Notice Date 10/12/2017. (Admin.) (Entered: 10/12/2017) |
| 10/16/2017 | 30 | Proposed Order - ORDER ON MOTION TO IMPOSE AUTOMATIC STAY Filed by John A Haderlein on behalf of Jason Scott Howard (RE: 12 Motion to Impose Automatic Stay, 24 Order on Motion to Impose Automatic Stay). (Haderlein, John) (Entered: 10/16/2017) |
| | | |

| | | |
|---|---|---|
| 10/16/2017 | 31 | Proposed Order - ORDER ON MOTION TO IMPOSE AUTOMATIC STAY Filed by John A Haderlein on behalf of Jason Scott Howard (RE: 12 Motion to Impose Automatic Stay, 24 Order on Motion to Impose Automatic Stay, 30 Proposed Order). (Haderlein, John) (Entered: 10/16/2017) |
| 10/18/2017 | 32 | Order Granting Motion To Impose Automatic Stay (Related Doc # 12). Signed on 10/18/2017. (Mendoza, Catherine) (Entered: 10/19/2017) |
| 10/16/2017 | 33 | Order Denying Application For Compensation (Related Doc # 11). Denying for John A Haderlein. Signed on 10/16/2017. (Mendoza, Catherine) (Entered: 10/19/2017) |
| 10/16/2017 | 34 | Order Confirming Chapter 13 Plan (RE: 28 Chapter 13 Plan/Modified Plan). Signed on 10/16/2017 (Mendoza, Catherine) (Entered: 10/19/2017) |
| 10/20/2017 | 35 | **PDF Error, Filer to Refile** Notice of Motion and Application for Compensation for John A Haderlein, Debtor's Attorney, Fee: $4,000.00, Expenses: $0.00. Filed by John A Haderlein. Hearing scheduled for 10/30/2017 at 09:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 EXECUTED CARA AGREEMENT # 2 Proposed Order) (Haderlein, John) Modified on 10/23/2017 (Gomez, Denise). (Entered: 10/20/2017) |
| 10/20/2017 | 36 | Amended Schedules I,J,with Declaration Filed by John A Haderlein on behalf of Jason Scott Howard. (Attachments: # 1 DECLARATION) (Haderlein, John) (Entered: 10/20/2017) |
| 10/20/2017 | 37 | Notice of Motion and Motion to Modify Plan, Notice of Motion and Motion to Shorten MODIFY PLAN and SHORTEN NOTICE Filed by John A Haderlein on behalf of Jason Scott Howard. Hearing scheduled for 10/30/2017 at 09:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Haderlein, John) (Entered: 10/20/2017) |
| 10/23/2017 | 38 | CORRECTIVE ENTRY: PDF Error, Filer to Refile (RE: 35 Application for Compensation). (Gomez, Denise) (Entered: 10/23/2017) |
| | 39 | Notice of Motion and Application for Compensation for John A Haderlein, Debtor's Attorney, Fee: $4,000.00, Expenses: $0.00. Filed by John A Haderlein. Hearing scheduled for 10/30/2017 at 09:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Haderlein, |

| Date | Doc # | Description |
|---|---|---|
| 10/23/2017 | | John) (Entered: 10/23/2017) |
| 10/24/2017 | 40 | Court's Motion to Dismiss for Failure to Pay Filing Fees Balance Due 230.00 Hearing scheduled for 11/13/2017 at 10:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (McMullen, Charles) (Entered: 10/24/2017) |
| 10/24/2017 | 41 | BNC Certificate of Notice - Hearing. (RE: 40 Court's Motion to Dismiss for Failure to Pay Filing Fees). No. of Notices: 3. Notice Date 10/26/2017. (Admin.) (Entered: 10/26/2017) |
| 10/30/2017 | 42 | (E)Hearing Continued (RE: 39 Compensation WITH Notice of Motion). hearing scheduled for 11/06/2017 at 10:00 AM at Courtroom 680 219 South Dearborn, Chicago, IL, 60604.. Signed on 10/30/2017. (Myers, Melissa) (Entered: 10/30/2017) |
| 10/30/2017 | 43 | Proposed Order - AMENDED ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER COURT-APPROVED RETENTION AGREEMENT Filed by John A Haderlein on behalf of Jason Scott Howard (RE: 39 Application for Compensation). (Haderlein, John) (Entered: 10/30/2017) |
| 10/30/2017 | 44 | Order Modifying Chapter 13 Plan (RE: 28 Chapter 13 Plan/Modified Plan, 37 Motion to Modify Plan, Shorten). Signed on 10/30/2017 (Mendoza, Catherine) (Entered: 10/31/2017) |
| 11/06/2017 | 45 | Amended Order Granting Application For Compensation (Related Doc # 39). John A Haderlein, fees awarded: $4000.00, expenses awarded: $0.00. Signed on 11/6/2017. (Roman, Felipe) (Entered: 11/07/2017) |
| 11/13/2017 | 46 | HOD Notification re: Filing Fee - Final Payment - **Paid in Full** (RE: 40 Court's Motion to Dismiss for Failure to Pay Filing Fees). (Utter, Matthew) (Entered: 11/13/2017) |
| 11/13/2017 | 47 | (E) Text Only: Order Denying for the Reasons Stated on the Record Court's Motion to Dismiss for Failure to Pay Filing Fees (Related Doc # 40 ). Signed on 11/13/2017. (Green, Josephine) (Entered: 11/13/2017) |
| 11/13/2017 | 48 | Receipt of Chapter 13 Installment Payment - $230.00 by MU. Receipt Number 3229352. Payment received from Jason Scott Howard. (register) (Entered: 11/14/2017) |
| 11/13/2017 | 49 | Filing Fee Paid In Full . (Poindexter, Haley) (Entered: 11/14/2017) |

| | | |
|---|---|---|
| 12/01/2017 | 50 | Notice of Motion and Motion to Dismiss Debtor for Failure to Make Plan Payments Filed by Tom Vaughn Hearing scheduled for 12/18/2017 at 9:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Vaughn, Tom) (Entered: 12/01/2017) |
| 12/18/2017 | 51 | (E)Hearing Continued (RE: 50 Dismiss for Failure to Make Plan Payments). hearing scheduled for 01/22/2018 at 10:00 AM at Courtroom 680 219 South Dearborn, Chicago, IL, 60604.. Signed on 12/18/2017. (Green, Josephine) (Entered: 12/18/2017) |
| 12/29/2017 | 52 | Amended Schedules I,J, Filed by John A Haderlein on behalf of Jason Scott Howard. (Haderlein, John) (Entered: 12/29/2017) |
| 12/29/2017 | 53 | Declaration About Individual Debtor's Schedules Filed by John A Haderlein on behalf of Jason Scott Howard (RE: 52 Schedules). (Haderlein, John) (Entered: 12/29/2017) |
| 12/29/2017 | 54 | Notice of Motion and Motion to Modify Plan Filed by John A Haderlein on behalf of Jason Scott Howard. Hearing scheduled for 1/22/2018 at 09:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Haderlein, John) (Entered: 12/29/2017) |
| 01/04/2018 | 55 | Proposed Order - AMENDED ORDER ON MOTION TO MODIFY PLAN Filed by John A Haderlein on behalf of Jason Scott Howard (RE: 54 Motion to Modify Plan). (Haderlein, John) (Entered: 01/04/2018) |
| 01/22/2018 | 56 | (E)Hearing Continued (RE: 54 Modify Plan). hearing scheduled for 02/26/2018 at 11:00 AM at Courtroom 680 219 South Dearborn, Chicago, IL, 60604.. Signed on 01/22/2018. (Green, Josephine) (Entered: 01/22/2018) |
| 01/22/2018 | 57 | (E)Order Withdrawing Motion to Dismiss for Failure to Make Plan Payments (Related Doc # 50 ). Signed on 01/22/2018. (Green, Josephine) (Entered: 01/22/2018) |
| 01/23/2018 | 58 | Appearance Filed by David Paul Holtkamp on behalf of City of Chicago, an Illinois Municipal Corporation. (Holtkamp, David) (Entered: 01/23/2018) |
| 01/22/2018 | 59 | Order Rule to Show Cause for City of Chicago, Arnold Harris PC. Hearing scheduled for 2/26/2018 at 11:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Signed on 1/22/2018 (Mendoza, Catherine) (Entered: 01/23/2018) |

| | | |
|---|---|---|
| 02/13/2018 | 60 | Response to (related document(s): 59 Order Show Cause/Rule to Show Cause) Filed by David Paul Holtkamp on behalf of City of Chicago, an Illinois Municipal Corporation (Attachments: # 1 Exhibit A) (Holtkamp, David) (Entered: 02/13/2018) |
| 02/22/2018 | 61 | Order Scheduling (RE: 59 Order Show Cause/Rule to Show Cause). Reset Hearing scheduled for 3/5/2018 at 11:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. Signed on 2/22/2018 (Mendoza, Catherine) (Entered: 02/22/2018) |
| 02/26/2018 | 62 | (E)Hearing Continued (RE: 54 Modify Plan). hearing scheduled for 03/05/2018 at 11:00 AM at Courtroom 680 219 South Dearborn, Chicago, IL, 60604.. Signed on 02/26/2018. (Dixon, Lisa) (Entered: 02/26/2018) |
| 04/16/2018 | 63 | Memorandum Opinion (RE: 54 Motion to Modify Plan). (Roman, Felipe) (Entered: 04/16/2018) |
| 04/16/2018 | 64 | Order Denying Motion To Modify Plan (Related Doc # 54). Signed on 4/16/2018. (Roman, Felipe) (Entered: 04/16/2018) |
| 04/16/2018 | 65 | Order Imposing Sanctions on Rule to Show Cause (RE: 63 Memorandum Opinion/Decision). Signed on 4/16/2018 (Roman, Felipe) (Entered: 04/16/2018) |
| 04/16/2018 | 66 | Notice of Appeal to District Court. Filed by David Paul Holtkamp on behalf of City of Chicago, an Illinois Municipal Corporation. Fee Amount $298 (RE: 63 Memorandum Opinion/Decision, 65 Order (Generic)). Appellant Designation due by 04/30/2018. Transmission of Record Due no later than 05/16/2018. (Attachments: # 1 Civil Cover Sheet)(Holtkamp, David) (Entered: 04/16/2018) |
| 04/16/2018 | 67 | Transcript Ordered Re: Notice of Appeal for hearing(s) held on Jan. 22, 2018, at 9:00 a.m., and March 5, 2018, at 10:30 a.m. Filed by David Paul Holtkamp on behalf of City of Chicago, an Illinois Municipal Corporation. (RE: 66 Notice of Appeal). (Holtkamp, David) (Entered: 04/16/2018) |
| 04/17/2018 | 68 | Certificate of Service (RE: 66 Notice of Appeal). (Green, Charlie) (Entered: 04/17/2018) |
| | | (private) Pursuant to Local Rule 1006-1 Unable to Approve Application to Pay Filing Fee in Installments - Forward to chambers for review. Required four equal payments and |

| | | |
|---|---|---|
| 08/23/2017 | | required 30, 60, 90, 120 days after the petition is filed, was not met. (RE: 10 Application for Installment Agreement). (Molina, Nilsa) (Entered: 08/23/2017) |
| 10/19/2017 | | (private) Reopen Document (RE: 12 Motion to Impose Automatic Stay). (Mendoza, Catherine) (Entered: 10/19/2017) |
| 10/23/2017 | | (private) Motions terminated (RE: 35 Application for Compensation). (Mendoza, Catherine) (Entered: 10/23/2017) |